# U.S. District Court
# Eastern District of Virginia - (Richmond)
# CRIMINAL DOCKET FOR CASE #: 3:17-cr-00142-REP All Defendants

Case title: USA v. Gordon

Date Filed: 10/17/2017
Date Terminated: 12/04/2018

Assigned to: District Judge Robert E. Payne

**Defendant (1)**

**Michael E. Gordon**
*TERMINATED: 12/04/2018*
also known as
Michael Eugene Gordon
*TERMINATED: 12/04/2018*

represented by **Nia Ayanna Vidal**
Office of the Federal Public Defender (Richmond)
701 East Broad Street
Suite 3600
Richmond, VA 23219
804-565-0875
Fax: 804-648-5033
Email: nia_vidal@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender*

**Pending Counts**

18:371 AND IN ACCORDANCE WITH 18:982(a)(2) and 981(a)(1)(C) AS INCORPORATED BY 28:2461(c) and 21:853(p): CONSPIRACY TO COMMIT MAIL FRAUD; FORFEITURE NOTICE (1)

**Disposition**

FIVE YEARS PROBATION, TWO YEARS ON HOME DETENTION WITH LOCATION MONITORING, $4,628,389.16 RESTITUTION JOINTLY & SEVERALLY

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

None

**Disposition**

**Highest Offense Level (Terminated)**

None

**Complaints**

None

**Disposition**

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Thomas Arthur Garnett**<br>US Attorney Office (Richmond)<br>SunTrust Building<br>919 East Main Street<br>Suite 1900<br>Richmond, VA 23219<br>(804) 819-5431<br>Email: Thomas.A.Garnett@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney*<br><br>**Katherine Lee Martin**<br>US Attorney Office (Richmond)<br>SunTrust Building<br>919 East Main Street<br>Suite 1900<br>Richmond, VA 23219<br>(804) 819-5400<br>Email: katherine.martin@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br>*Designation: US Attorney* |

| Date Filed | # | Docket Text |
|---|---|---|
| 04/20/2016 | 1 | CJA 23 Financial Affidavit by Michael E. Gordon. (Attachment: # 1 Target Letter) (nbrow) (Entered: 10/18/2017) |
| 04/21/2016 | | ORAL ORDER Appointing Public Defender, Nia Vidal, as to Michael E. Gordon. (nbrow) (Entered: 10/18/2017) |
| 10/17/2017 | 2 | CRIMINAL INFORMATION as to Michael E. Gordon, Count 1. (nbrow) (Entered: 10/18/2017) |
| 10/19/2017 | | Set Hearings as to Michael E. Gordon: Initial Appearance/Plea Agreement and Bond Hearings set for 11/15/2017 at 03:00 PM in Richmond Courtroom 5400 before Magistrate Judge David J. Novak. (cgar) (Entered: 10/19/2017) |
| 10/23/2017 | 4 | Summons Issued in case as to Michael E. Gordon (placed in USMS box). (nbrow) (Entered: 10/23/2017) |
| 10/25/2017 | | Set Hearings as to Michael E. Gordon: Initial Appearance/Bond and Plea Agreement Hearings set for 11/9/2017 at 11:00 AM in Richmond Courtroom 5400 before Magistrate Judge David J. Novak. (cgar) (Entered: 10/25/2017) |
| 10/25/2017 | 5 | Summons REISSUED as to Michael E. Gordon to appear November 9, 2017 at 11:00 a.m.(cgar) (Entered: 10/25/2017) |
| 10/27/2017 | 6 | MOTION for Necessary Transportation, Lodging, and Payment of Expenses Pursuant to 18 U.S.C. 4285 by Michael E. Gordon. (Vidal, Nia) (Entered: 10/27/2017) |
| 11/02/2017 | 7 | ORDER as to Michael E. Gordon. The United States Marshal Service, pursuant to 18 U.S.C. § 4285, pay for the necessary transportation costs for Michael E. Gordon to travel from Jacksonville, Florida to Richmond, Virginia, on November 8, 2017, to allow him to meet with counsel and prepare for his initial appearance, plea and bond hearings on |

| | | |
|---|---|---|
| | | November 9, 2017, in the United States District Court for the Eastern District of Virginia, Richmond Division, and return to Florida at the conclusion of the proceedings on November 9, 2017. The Court ORDERS the United States Marshal Service to pay for Mr. Gordon's hotel accommodations and subsistence expenses during his trip, not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code. Should travel logistics interfere with Mr. Gordon's return to Florida on November 9, 2017, at the conclusion of the proceedings, it is further ORDERED that the United States Marshal Service pay for the necessary overnight accommodations to enable Mr. Gordon to return to Florida as soon as is possible after the court proceedings. IT IS SO ORDERED. Signed by District Judge Robert E. Payne on 11/2/2017. Copy of Order was hand delivered to U.S. Marshals. (sbea, ) (Entered: 11/02/2017) |
| 11/08/2017 | 8 | Summons Returned Executed on 11/3/2017 as to Michael E. Gordon. (sbea, ) (Entered: 11/08/2017) |
| 11/09/2017 | 9 | Minute Entry for proceedings held before Magistrate Judge David J. Novak:Initial Appearance/Plea Agreement and Bond Hearings as to Michael E. Gordon. Plea entered by Michael E. Gordon (1) Guilty Count 1. Matter came on for initial appearance/plea agreement and bond hearings. Deft advised of charges/penalties and rights. Deft present w/c/a counsel (Nia A. Vidal, AFPD). Waivers of Indictment and Rule 11 entered. Deft arraigned and entered plea of guilty to Criminal Information. Plea accepted and deft found guilty. Matter continued as to bond. Deft placed on standard conditions of bond w/restrictions - ORDER to enter. Sentencing set for March 1, 2018 at 3:00 p.m. (Tape #FTR.)(cgar) (Entered: 11/13/2017) |
| 11/09/2017 | | Set Hearing as to Michael E. Gordon: Sentencing set for 3/1/2018 at 03:00 PM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 10 | Waiver of Right to Rule 11 before a US District Judge by Michael E. Gordon. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 11 | WAIVER OF INDICTMENT by Michael E. Gordon. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 12 | PLEA AGREEMENT as to Michael E. Gordon. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 13 | Statement of Facts as to Michael E. Gordon. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 14 | Sentencing Guidelines Order as to Michael E. Gordon. Signed by Magistrate Judge David J. Novak on 11/9/2017. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 15 | REPORT AND RECOMMENDATIONS on Plea of Guilty as to Michael E. Gordon. Objections to R&R due by 11/27/2017. Signed by Magistrate Judge David J. Novak on 11/9/2017. (cgar) (Entered: 11/13/2017) |
| 11/09/2017 | 16 | ORDER Setting Conditions of Release as to Michael E. Gordon. Signed by Magistrate Judge David J. Novak on 11/9/2017. (cgar) (Entered: 11/13/2017) |
| 12/05/2017 | 18 | MOTION to Modify Conditions of Release by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 12/05/2017) |
| 12/06/2017 | 19 | ORDER adopting Report and Recommendations re 15 Report and Recommendations on Plea of Guilty as to Michael E. Gordon (1). The Defendant is found guilty of Count One of the Criminal Information. Signed by District Judge Robert E. Payne on 12/05/2017. (tjoh, ) (Entered: 12/06/2017) |
| 12/06/2017 | 20 | ORDER granting 18 Motion to Modify Conditions of Release as to Michael E. Gordon (1). Signed by Magistrate Judge David J. Novak on 12/6/2017. (cgar) (Entered: |

| | | |
|---|---|---|
| | | 12/06/2017) |
| 01/25/2018 | 21 | PRESENTENCE INVESTIGATION REPORT (Disclosed Presentence Investigation Report) (SEALED - government and defense counsel) as to Michael E. Gordon. Objections to PSI due 02/09/2018. (harris, vanessa) (Entered: 01/25/2018) |
| 02/07/2018 | 22 | MOTION to Continue *Sentencing Hearing* by Michael E. Gordon. (Vidal, Nia) (Entered: 02/07/2018) |
| 02/09/2018 | 23 | ORDER as to Michael E. Gordon that the DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING (ECF No. 22 ) is granted. It is further ORDERED that **the sentencing hearing scheduled for 3:00 p.m. March 1, 2018 *is rescheduled* to 2:00 p.m. May 17, 2018.** It is so ORDERED. Signed by District Judge Robert E. Payne on 2/9/2018. Order was distributed as directed. (sbea, ) (Entered: 02/09/2018) |
| 02/09/2018 | | Reset Hearing as to Michael E. Gordon: Sentencing set for 5/17/2018 at 02:00 PM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (nbrow) (Entered: 02/09/2018) |
| 05/01/2018 | 24 | Second MOTION to Continue *Sentencing Hearing* by Michael E. Gordon. (Vidal, Nia) (Entered: 05/01/2018) |
| 05/01/2018 | 25 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Michael E. Gordon. (Attachments: # 1 ADDENDUM)(johnston, nel) (Entered: 05/01/2018) |
| 05/02/2018 | 27 | ORDER as to Michael E. Gordon that the DEFENDANT'S 24 SECOND UNOPPOSED MOTION TO CONTINUE SENTENCING is granted. It is further ORDERED that the sentencing hearing scheduled for 2:00 p.m. May 17, 2018 is rescheduled to 1:30p.m. July 19, 2018. It is so ORDERED. Signed by District Judge Robert E. Payne on 05/02/2018. Copy sent to Probation Officer Moczydlowski. (smej, ) (Entered: 05/02/2018) |
| 05/04/2018 | | Set/Reset Hearings as to Michael E. Gordon: Sentencing set for 7/19/2018 at 01:30 PM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (khan, ) (Entered: 05/04/2018) |
| 06/29/2018 | 28 | MOTION for Acceptance of Responsibility by USA as to Michael E. Gordon. (Martin, Katherine) (Entered: 06/29/2018) |
| 06/29/2018 | 29 | Position on Sentencing by USA as to Michael E. Gordon (Martin, Katherine) (Entered: 06/29/2018) |
| 07/03/2018 | 31 | MOTION for Necessary Transportation, Lodging, and Payment of Expenses Pursuant to 18 U.S.C. 4285 to Attend Sentencing Hearing by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 07/03/2018) |
| 07/09/2018 | 32 | ORDER. THIS MATTER comes before this Court on the Defendant's Motion For Necessary Transportation, Lodging and Payment of Expenses Pursuant to 18 U.S.C. § 4285 For Sentencing Hearing. Upon due consideration, the Defendant's Motion is GRANTED. SEE ORDER FOR DETAILS. Signed by District Judge Robert E. Payne on 07/09/2018. Electronic and paper copies sent to USM. (tjoh, ) (Entered: 07/09/2018) |
| 07/09/2018 | 33 | Position on Sentencing by Michael E. Gordon (Attachments: # 1 Letter Debra Lechniak Letter, # 2 Letter Tyrenia Cross Letter)(Vidal, Nia) (Entered: 07/09/2018) |
| 07/09/2018 | 34 | MOTION for Variance Sentence by Michael E. Gordon. (Attachments: # 1 Letter Debra Lechniak Letter, # 2 Letter Tyrenia Cross Letter)(Vidal, Nia) (Entered: 07/09/2018) |
| 07/17/2018 | 36 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) as to Michael E. Gordon. (smith, |

| | | |
|---|---|---|
| | | lisa) (Entered: 07/17/2018) |
| 07/18/2018 | 38 | PRESENTENCE INVESTIGATION REPORT (Sentencing Presentence Investigation Report) (SEALED - government and defense counsel) *WITH THIRD ADDENDUM* as to Michael E. Gordon. (smith, lisa) (Entered: 07/18/2018) |
| 07/18/2018 | 40 | MOTION to Seal *Attachment to Proposed Restitution Order* by USA as to Michael E. Gordon. (Attachments: # 1 Redacted Attachment to Proposed Restitution Order)(Martin, Katherine) (Entered: 07/18/2018) |
| 07/19/2018 | 42 | Minute Entry for proceedings held before District Judge Robert E. Payne: Sentencing held on 7/19/2018 for Michael E. Gordon. Government's motion for acceptance of responsibility (ECF No. 28 ) granted; government's sealed motion (ECF No. 30 ) granted; government's motion to seal attachment to restitution order (ECF No. 40 ) granted; consent order of forfeiture entered; defense counsel to obtain defendant's medical information; matter continued to 09/20/2018 at 10:00 a.m. (Court Reporter Peppy Peterson, OCR.) (nbrow) (Entered: 07/20/2018) |
| 07/19/2018 | 43 | CONSENT ORDER OF FORFEITURE as to Michael E. Gordon. *See for complete details*. Signed by District Judge Robert E. Payne on 07/19/2018. (nbrow) (Entered: 07/20/2018) |
| 07/20/2018 | 41 | ORDER as to Michael E. Gordon. It is hereby ORDERED that: 1) **The sentencing of the defendant shall be continued to September 20, 2018 at 10:00 a.m.**; 2) The GOVERNMENT'S MOTION TO GRANT DEFENDANT ADDITIONAL ONE-LEVEL DECREASE FOR ACCEPTANCE OF RESPONSIBILITY (ECF No. 28 ) is granted; 3) The Government's MOTION FOR SENTENCE REDUCTION PURSUANT TO UNITED STATES SENTENCING GUIDELINE SECTION 5K1.1 (ECF No. 30 ) is granted; and 4) The GOVERNMENT'S MOTION TO SEAL ATTACHMENT TO RESTITUTION ORDER (ECF No. 40 ) is granted. It is so ORDERED. Signed by District Judge Robert E. Payne on 7/19/2018. (sbea, ) (Entered: 07/20/2018) |
| 07/20/2018 | | Set Hearing as to Michael E. Gordon: Sentencing set for 9/20/2018 at 10:00 AM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (nbrow) (Entered: 07/20/2018) |
| 07/25/2018 | 44 | ORDER as to Michael E. Gordon. It is hereby ORDERED that **the sentencing hearing** scheduled for 10:00 a.m. September 20, 2018 **is rescheduled to 11:00 a.m. September 20, 2018.** It is so ORDERED. Signed by District Judge Robert E. Payne on 7/24/2018. Copy sent to USPO Moczydlowski. (sbea, ) (Entered: 07/25/2018) |
| 07/25/2018 | | Reset Hearing as to Michael E. Gordon: *** TIME CHANGE ONLY *** Sentencing set for 9/20/2018 at 11:00 AM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (nbrow) (Entered: 07/25/2018) |
| 09/11/2018 | 45 | MOTION re 44 Order, *For Necessary Transportation, Lodging and Payment of Expenses Pursuant to 18 USC Section 4285* by Michael E. Gordon. (Vidal, Nia) (Entered: 09/11/2018) |
| 09/14/2018 | 46 | ORDER as to Michael E. Gordon. IT IS HEREBY ORDERED that the United States Marshal Service, pursuant to 18 U.S.C. § 4285, pay for the necessary transportation costs for Michael E. Gordon to travel unaccompanied, from Jacksonville, Florida to Richmond, Virginia, on September 19, 2018, and arrange and pay for Mr. Gordon's hotel accommodations and subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, so he may attend the sentencing hearing scheduled for September 20, 2018, at 11:00 a.m. IT IS FURTHER ORDERED that should the Court allow Mr. Gordon to self-surrender after sentencing, the United States Marshall Service pay for the necessary transportation costs |

| | | |
|---|---|---|
| | | for Mr. Gordon's return trip to Jacksonville, Florida at the conclusion of the proceedings on September 20, 2018. IT IS SO ORDERED. Signed by District Judge Robert E. Payne on 9/13/2018. Copy sent to U.S. Marshals. (sbea, ) (Entered: 09/14/2018) |
| 09/14/2018 | 47 | Position on Sentencing by USA as to Michael E. Gordon *Supplemental* (Attachments: # 1 Exhibit A)(Martin, Katherine) (Entered: 09/14/2018) |
| 09/17/2018 | 48 | RESPONSE by Michael E. Gordon re 47 Position on Sentencing (Attachments: # 1 Exhibit Dr. Bresky Letter, # 2 Exhibit ILD Mayo Clinic, # 3 Exhibit Pericarditis Mayo Clinic, # 4 Exhibit Actemra Mayo Clinic, # 5 Exhibit Plaquenil Formulary Excerpt, # 6 Exhibit Percocet Formulary Excerpt, # 7 Exhibit Immunomodulator Formulary Excerpt)(Vidal, Nia) (Entered: 09/17/2018) |
| 09/17/2018 | 49 | MOTION to Seal *Medical Records* by Michael E. Gordon. (Vidal, Nia) (Entered: 09/17/2018) |
| 09/19/2018 | 50 | ORDER as to Michael E. Gordon that having considered the DEFENDANT'S MOTION TO SEAL MEDICAL RECORDS (ECF No. 49 ), and for good cause shown, it is hereby ORDERED that the DEFENDANT'S MOTION TO SEAL MEDICAL RECORDS (ECF No. 49 ) isgranted. It is so ORDERED. Signed by District Judge Robert E. Payne on 09/19/2018. (walk, ) (Entered: 09/19/2018) |
| 09/20/2018 | 51 | Minute Entry for proceedings held before District Judge Robert E. Payne: Sentencing held on 9/20/2018 for Michael E. Gordon. Defense counsel to obtain full written report from Dr. Kenneth Bresky by 10/08/2018 outlining medical conditions, medications prescribed, basis of diagnosis, detailed diseases & pertinent records; report submitted to B.O.P doctor by 10/31/2018; transcript of today's proceedings to be provided to defense counsel; counsel to file supplemental positions on sentencing by 11/14/2018; matter continued until 11/29/2018 at 1:30 p.m. - Court will hear testimonies of Dr. Bresky & B.O.P. doctor, if necessary; defendant ordered to appear as required. (Court Reporter Peppy Peterson, OCR.) (nbrow) (Entered: 09/20/2018) |
| 09/21/2018 | 52 | ORDER that: Defendant Gordon's counsel shall submit a complete report from Gordon's doctor, Dr. Kenneth E. Bresky, regarding the full basis for Gordon's diagnosis and his medical records, or subpoena him for live testimony, by October 8, 2018; The Government shall provide a response to Dr. Bresky's report from the BOP's Regional Medical Director, Maria F. Marrero, by October 31, 2018; The Government and Defendant Gordon shall file their supplemental positions on sentencing by November 14, 2018; and The sentencing of the defendant shall be continued to November 29, 2018 at 1:30 p.m. It is so ORDERED. Signed by District Judge Robert E. Payne on 09/20/2018. (smej, ) (Entered: 09/21/2018) |
| 09/21/2018 | | Set Hearing as to Michael E. Gordon: Sentencing set for 11/29/2018 at 01:30 PM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (nbrow) (Entered: 09/21/2018) |
| 09/21/2018 | 53 | TRANSCRIPT of Proceedings held on September 20, 2018, before Judge Robert E. Payne. Court reporter Peppy Peterson, Telephone number 804-916-2267. **NOTICE RE REDACTION OF TRANSCRIPTS: The parties have thirty (30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov** Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 10/22/2018. Redacted Transcript Deadline set for 11/21/2018. |

| | | |
|---|---|---|
| | | **Release of Transcript Restriction set for 12/20/2018.(peterson, peppy) (Entered: 09/21/2018)** |
| 09/21/2018 | 54 | MOTION for Issuance of Subpoenas by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 09/21/2018) |
| 09/24/2018 | 55 | ORDER as to Michael E. Gordon. The Defendant's 54 Application for Issuance of Subpoena Duces Tecum and Appearance of Witness, pursuant to Rules 17(a) and (c) of the Federal Rules of Criminal Procedure and 28 U.S.C § 1825, is GRANTED. It is hereby ORDERED that a subpoena for Kenneth E. Bresky, DO, 1801 West Hillsboro Blvd, Deerfield Beach, FL 33442-1442 to appear, and produce the requested documents, at the hearing in this matter on **November 29, 2018, at 1:30 p.m.,** and continuing every day thereafter until his testimony is complete, at the United States District Court, 701 E. Broad Street, 7th Floor, Richmond, Virginia 23219, shall be issued and the costs incurred by the process, and the fees of the witness shall be paid in the samemanner as witnesses subpoenaed on behalf of the government. It is so ORDERED. Signed by District Judge Robert E. Payne on 9/24/2018. (sbea, ) (Entered: 09/24/2018) |
| 09/24/2018 | 56 | Subpoena issued in case as to Michael E. Gordon re: 54 MOTION for Issuance of Subpoenas. Clerk placed Subpoenas along with 55 Order in U.S. Marshals box for service. (sbea, ) (Entered: 09/24/2018) |
| 09/26/2018 | 57 | MOTION to Correct re: 55 Order by Michael E. Gordon. (Attachment: # 1 Proposed Order)(Vidal, Nia). Modified to correct docket text on 9/26/2018 (sbea, ). (Entered: 09/26/2018) |
| 09/27/2018 | 58 | ORDER as to Michael E. Gordon. It is hereby ORDERED that the defendant's MOTION TO CORRECT CLERICAL ERROR IN ORDER (ECF No. 57 ) is granted and a corrected Order shall be entered. It is so ORDERED. Signed by District Judge Robert E. Payne on 9/26/2018. (sbea, ) (Entered: 09/27/2018) |
| 09/27/2018 | 59 | ORDER as to Michael E. Gordon (CORRECTED). It is hereby ORDERED that a subpoena for Kenneth E. Bresky, DO, 1856 West Hillsboro Blvd., Suite I, Deerfield Beach, FL 33442-1442 to appear, and produce the requested documents, at the hearing in this matter on **November 29, 2018, at 1:30 p.m.,** and continuing every day thereafter until his testimony is complete, at the United States District Court, 701 E. Broad Street, 7th Floor, Richmond, Virginia 23219, shall be issued and the costs incurred by the process, and the fees of the witness shall be paid in the same manner as witnesses subpoenaed on behalf of the government. It is SO ORDERED. Signed by District Judge Robert E. Payne on 9/26/2018. (sbea, ). Clerk placed a copy in the U.S. Marshals box. Modified docket text on 9/27/2018 (sbea, ). (Entered: 09/27/2018) |
| 10/10/2018 | 60 | MOTION to Seal *Medical Records and Letter* by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 10/10/2018) |
| 10/12/2018 | 61 | Subpoena Returned as to Michael E. Gordon. (sbea, ) (Entered: 10/12/2018) |
| 10/15/2018 | 62 | MOTION to Seal by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 10/15/2018) |
| 10/16/2018 | 63 | ORDER as to Michael E. Gordon. THE DEFENDANT'S MOTION TO SEAL MEDICAL RECORDS AND LETTER (ECF No. 60 ) is granted. It is SO ORDERED. Signed by District Judge Robert E. Payne on 10/16/2018. (sbea, ) (Entered: 10/16/2018) |
| 10/19/2018 | 65 | ORDER as to Michael E. Gordon. It is hereby ORDERED that Dr. Kenneth E. Bresky be permitted to attend the November 29, 2018 hearing via video conference. Counsel for the defendant shall make the necessary arrangements. It is so ORDERED. Signed by District Judge Robert E. Payne on 10/18/2018. (sbea, ) (Entered: 10/19/2018) |

| | | |
|---|---|---|
| 10/19/2018 | 66 | MOTION to Seal by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 10/19/2018) |
| 10/19/2018 | 67 | ORDER GRANTED 62 Motion to Seal as to Michael E. Gordon. See Order for details. Signed by District Judge Robert E. Payne on 10/19/2018. (ccol, ) (Entered: 10/19/2018) |
| 10/22/2018 | 69 | ORDER as to Michael E. Gordon. It is hereby ORDERED that the DEFENDANT'S 66 MOTION TO SEAL MEDICAL RECORDS is granted. It is SO ORDERED. Signed by District Judge Robert E. Payne on 10/22/2018. (sbea, ) (Entered: 10/22/2018) |
| 11/08/2018 | 71 | MOTION For Necesssary Transportation, Lodging and Payment of Expenses Pursuant to 18 U.S.C. Section 4285 re 51 Sentencing,, by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 11/08/2018) |
| 11/14/2018 | 72 | ORDER as to Michael E. Gordon. Upon due consideration, and it appearing appropriate to do so, the Defendant's 71 Motion is GRANTED. IT IS HEREBY ORDERED that the United States Marshal Service, pursuant to 18 U.S.C. § 4285, pay for the necessary transportation costs for Michael E. Gordon to travel unaccompanied, from Jacksonville, Florida to Richmond, Virginia, on November 28, 2018, and arrange and pay for Mr. Gordon's hotel accommodations and subsistence expenses not to exceed the amount authorized as a per diem allowance for travel under Section 5702(a) of Title 5, United States Code, so he may attend the sentencing hearing scheduled for November 29, 2018, at 1:30 p.m. It is so ORDERED. Signed by District Judge Robert E. Payne on 11/13/2018. Copy of Order was sent to the U.S. Marshals and the Probation Office. (sbea, ) (Entered: 11/14/2018) |
| 11/14/2018 | 73 | Second Supplemental Position With Respect to Sentencing by USA as to Michael E. Gordon. (Attachment: # 1 Exhibit A)(Martin, Katherine). Modified docket text on 11/15/2018 (sbea, ). (Entered: 11/14/2018) |
| 11/14/2018 | 74 | Supplemental Position With Respect to Sentencing by Michael E. Gordon. (Attachments: # 1 Exhibit BOP Formulary, Part I, # 2 Exhibit BOP Formulary, Part II, Excerpt)(Vidal, Nia). Modified docket text on 11/15/2018 (sbea, ). (Entered: 11/14/2018) |
| 11/20/2018 | 75 | MOTION Provide Testimony Via Video Conference by USA as to Michael E. Gordon. (Attachments: # 1 Proposed Order)(Martin, Katherine) (Entered: 11/20/2018) |
| 11/21/2018 | 76 | MOTION to Allow Robin I. Bresky, Esq. to Accompany Dr. Kenneth E. Bresky During His Video Teleconference Testimony by Michael E. Gordon. (Vidal, Nia) (Entered: 11/21/2018) |
| 11/26/2018 | 77 | Position on Sentencing by USA as to Michael E. Gordon *Supplemental* (Attachments: # 1 Exhibit A)(Martin, Katherine) (Entered: 11/26/2018) |
| 11/26/2018 | 78 | MOTION to Seal *Letter* by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 11/26/2018) |
| 11/26/2018 | 79 | ORDER as to Michael E. Gordon that the sentencing hearing in this case has been set for 1:30 p.m. November 29, 2018. Before the Court is the government's request to allow Dr. Maria F. Marrero to testify at the sentencing hearing, if called upon, via video conference. (ECF No. 75 ). The Court having been advised that defense counsel has no objection to the government's request, it is hereby ORDERED that Dr. Maria F. Marrero be permitted to attend the November 29, 2018 hearing via video conference. Counsel for the government shall make the necessary arrangements. It is so ORDERED. Signed by District Judge Robert E. Payne on 11/26/2018. (walk, ) (Entered: 11/26/2018) |
| 11/26/2018 | 80 | ORDER as to Michael E. Gordon that the sentencing hearing in this case has been set for 1:30 p.m. November 29, 2018. Before the Court is the defendant's request to allow Robin I. Bresky to sit in the conference room with her husband, Dr. Kenneth E. Bresky, when he |

| | | |
|---|---|---|
| | | testifies via video conference during the defendant's sentencing hearing. (ECF No. 76 ). The Court having been advised that the United States has no objection to the defendant's request, it is hereby ORDERED that Robin Bresky be permitted to sit in the conference room with Dr. Bresky when he testifies on November 29, 2018. Counsel for the defendant shall make the necessary arrangements. It is so ORDERED. Signed by District Judge Robert E. Payne on 11/26/2018. (walk, ) (Entered: 11/26/2018) |
| 11/28/2018 | 81 | ORDER as to Michael E. Gordon. It is hereby ORDERED that the DEFENDANT'S MOTION TO SEAL STATUS LETTER FROM COX BEHAVIORAL HEALTH (ECF No. 78 ) is granted and the Clerk shall file the letter from Cox Behavioral Health Group LLC under seal. It is so ORDERED. Signed by District Judge Robert E. Payne on 11/28/2018. (sbea, ) (Entered: 11/28/2018) |
| 11/29/2018 | 83 | Minute Entry for proceedings held before District Judge Robert E. Payne: Sentencing held on 11/29/2018 for Michael E. Gordon. Defense's motion for variance sentence (ECF No. 34 ) granted; Court to enter transportation order for defendant to return to Florida; medical records obtained by Court to be shredded; Count 1: 5 years probation, $4,628,389.16 restitution jointly & severally; advised of right to appeal; all exhibits returned to counsel. (Attachment: # 1 Exhibit and Witness List)(Court Reporter Peppy Peterson, OCR.) (nbrow) (Entered: 11/29/2018) |
| 11/29/2018 | 84 | RESTITUTION ORDER as to Michael E. Gordon. *See for complete details*. Signed by District Judge Robert E. Payne on 11/29/2018. (Attachment: # 1 Attachment A (Redacted)) (nbrow) (Entered: 11/29/2018) |
| 11/29/2018 | 86 | TRANSPORTATION ORDER as to Michael E. Gordon. *See for complete details*. It is so ORDERED. Signed by District Judge Robert E. Payne on 11/29/2018. (nbrow) (Entered: 11/29/2018) |
| 12/04/2018 | 87 | ORDER as to Michael E. Gordon. It is hereby ORDERED that Defendant Michael E. Gordon's MOTION FOR DOWNWARD VARIANCE (ECF No. 34 ) is GRANTED. It is so ORDERED. Signed by District Judge Robert E. Payne on 12/3/2018. (sbea, ) (Entered: 12/04/2018) |
| 12/04/2018 | 88 | JUDGMENT as to Michael E. Gordon, Count 1: FIVE YEARS PROBATION, TWO YEARS ON HOME DETENTION WITH LOCATION MONITORING, $4,628,389.16 RESTITUTION JOINTLY & SEVERALLY. Signed by District Judge Robert E. Payne on 12/04/2018. (nbrow) (Entered: 12/04/2018) |
| 12/04/2018 | 89 | SEALED Statement of Reasons as to Michael E. Gordon. Signed by District Judge Robert E. Payne on 12/04/2018. (nbrow) (Entered: 12/04/2018) |
| 12/12/2018 | 90 | AMENDED JUDGMENT as to Michael E. Gordon, Count 1: FIVE YEARS PROBATION, TWO YEARS ON HOME DETENTION WITH LOCATION MONITORING, $4,628,389.16 RESTITUTION JOINTLY & SEVERALLY. Signed by District Judge Robert E. Payne on 12/12/2018. (nbrow) (Entered: 12/12/2018) |
| 03/07/2019 | 92 | Waiver of Hearing to Modify Conditions of Probation/Supervised Release as to Michael E. Gordon and the Waiver is ordered filed and made a part of the record in this case. Signed by Senior United States District Judge Robert E. Payne on 3/6/2019. (sbea, ) (Entered: 03/07/2019) |
| 02/20/2020 | 93 | **UNSEALED per 96 Order filed on June 18, 2020.** Petition on Probation as to Michael E. Gordon DIRECTING that the Petition, with its attachment and arrest warrant be sealed. It is further ORDERED the Petition, its attachment and arrest warrant shall remain sealed until the warrant is executed, at which time the Petition, its attachment and warrant, should be unsealed and made part of the public record. Signed by Senior United |

| | | |
|---|---|---|
| | | States District Judge Robert E. Payne on 2/20/2020. Copy forwarded to Senior USPO Moore. (sbea,). Modified docket text on 6/18/2020. (sbea,) (Entered: 02/20/2020) |
| 02/20/2020 | 95 | **VACATED per 96 Order filed on June 18, 2020** Arrest Warrant Issued in case as to Michael E. Gordon. Clerk placed Warrant in U.S. Marshals box for service. (sbea,). Modified docket text on 6/18/2020. (sbea,) (Entered: 02/20/2020) |
| 06/18/2020 | 96 | ORDER as to Michael E. Gordon. It is hereby ORDERED that the warrant issued on February 20, 2020 (ECF No. 95 ) is VACATED. It is further ORDERED that the Clerk shall unseal the Petition on Probation (ECF No. 93 ) and issue a summons directing the defendant to appear before the Court to show cause why supervision should not be revoked. It is so ORDERED. Signed by Senior United States District Judge Robert E. Payne on 6/18/2020. Order forwarded to U.S. Probation and the U.S. Marshalls. (sbea,) (Entered: 06/18/2020) |
| 06/19/2020 | | Set Hearing as to Michael E. Gordon: Initial Appearance on Revocation Proceedings set for July 2, 2020 at 2:00 p.m. in Richmond Courtroom 5300 before Magistrate Judge Roderick C. Young. (sbea,) (Entered: 06/19/2020) |
| 06/19/2020 | 97 | Summons Issued in case as to Michael E. Gordon. Clerk placed Summons in U.S. Marshalls box for service. (sbea,) (Entered: 06/19/2020) |
| 06/23/2020 | | Reset Hearing (Location change only) as to Michael E. Gordon: Initial Appearance on Revocation Proceedings set for 7/2/2020 at 2:00 PM via ZOOM before Magistrate Judge Roderick C. Young. (jsau) (Entered: 06/23/2020) |
| 06/24/2020 | | Reset Hearing (Time Change Only) as to Michael E. Gordon: Initial Appearance on Revocation Proceedings set for 7/2/2020 at 11:00 AM via ZOOM before Magistrate Judge Roderick C. Young. (jsau) (Entered: 06/24/2020) |
| 06/24/2020 | 98 | Summons Re-Issued in case as to Michael E. Gordon. Previously issued summons to be returned unexecuted. (jsau) (Entered: 06/29/2020) |
| 06/29/2020 | 99 | Summons Returned Executed on 6/24/20 as to Michael E. Gordon (jsau) (Entered: 06/29/2020) |
| 07/02/2020 | 100 | Minute Entry for proceedings held before Magistrate Judge Roderick C. Young (Diane Daffron, OCR): Initial Appearance re Revocation of Probation as to Michael E. Gordon held on 7/2/2020 via ZOOM; Court summarized charges; Deft advised of rights; Deft requested counsel; Deft questioned about financial status; Court found Deft qualifies for counsel and appointed FPD Nia Vidal; Govt not seeking detention; Deft released on bond on conditions previously set and agrees to appear for Revocation hearing on 10/15/20 at 11:00 a.m. (jsau) (Entered: 07/02/2020) |
| 07/02/2020 | | Set Hearing as to Michael E. Gordon: Probation Revocation Hearing set for 10/15/2020 at 11:00 AM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (jsau) (Entered: 07/02/2020) |
| 07/02/2020 | | ORAL ORDER APPOINTING FEDERAL PUBLIC DEFENDER as to Michael E. Gordon. (jsau) (Entered: 07/02/2020) |
| 07/06/2020 | 101 | ORDER as to Michael E. Gordon releasing defendant on the same conditions previously imposed pending his revocation hearing set for October 15, 2020. Signed by Magistrate Judge Roderick C. Young on 7/2/20. (jsau) (Entered: 07/06/2020) |
| 09/23/2020 | 102 | MOTION for Necessary Transportation and Expenses by Michael E. Gordon. (Vidal, Nia) (Entered: 09/23/2020) |
| 09/25/2020 | 103 | ORDER as to Michael E. Gordon. The Defendant's Motion for Necessary Transportation |

| | | |
|---|---|---|
| | | and Payment of Expenses Pursuant to 18 U.S.C. § 4285 to Attend Violation Hearing is GRANTED. IT IS HEREBY ORDERED that the United States Marshal Service pay for the necessary transportation costs for **Michael E. Gordon to travel unaccompanied, from Jacksonville, Florida to Richmond, Virginia, on October 15, 2020, so he may attend the violation hearing scheduled for October 15, 2020, at 11:00 a.m.** IT IS SO ORDERED. Signed by District Judge Robert E. Payne on 9/25/2020. Copies were forwarded to Probation and U.S. Marshals. (sbea,) (Entered: 09/25/2020) |
| 10/12/2020 | 104 | MOTION to Continue *Probation Violation Hearing* by Michael E. Gordon. (Attachments: # 1 Proposed Order, # 2 Exhibit Photo of Mr. Gordon's Hand, # 3 Exhibit Hospital Admission Letter)(Vidal, Nia) (Entered: 10/12/2020) |
| 10/14/2020 | 105 | ORDER as to Michael E. Gordon. It is hereby ORDERED that the DEFENDANT'S UNOPPOSED MOTION TO CONTINUE THE PROBATION VIOLATION HEARING (ECF No. 104 ) is granted. It is further ORDERED that **the hearing on the Petition on Probation** (ECF No. 93 ) scheduled for 10:00 a.m. October 15, 2020 **is continued to 1:30 p.m. November 12, 2020**. It is so ORDERED. Signed by Senior United States District Judge Robert E. Payne on 10/14/2020. Copy forwarded Senior USPO Moore. (sbea,) (Entered: 10/14/2020) |
| 10/14/2020 | | Reset Hearing as to Michael E. Gordon: Probation Violation Hearing set for 11/12/2020 at 01:30 PM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (nbrow) (Entered: 10/14/2020) |
| 10/14/2020 | | Terminate Hearing as to Michael E. Gordon: 10/15/2020 at 11:00 a.m. continued. (nbrow) (Entered: 10/14/2020) |
| 11/03/2020 | 106 | Second MOTION to Continue *Supervised Release Violation Hearing* by Michael E. Gordon. (Vidal, Nia) (Entered: 11/03/2020) |
| 11/03/2020 | 107 | MOTION to Seal *Medical Records* by Michael E. Gordon. (Vidal, Nia) (Entered: 11/03/2020) |
| 11/06/2020 | 108 | ORDER as to Michael E. Gordon. It is hereby ORDERED that DEFENDANT'S MOTION TO SEAL MEDICAL RECORDS (ECF No. 107 ) is granted and the Clerk shall file the requested documents under seal. It is so ORDERED. Signed by Senior United States District Judge Robert E. Payne on 11/6/2020. (sbea,) (Entered: 11/06/2020) |
| 11/09/2020 | 110 | ORDER as to Michael E. Gordon that having considered DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE PROBATION VIOLATION HEARING (ECF No. 106 ), and upon consent of the United States, it is hereby ORDERED that DEFENDANT'S SECOND UNOPPOSED MOTION TO CONTINUE PROBATION VIOLATION HEARING (ECF No. 106 ) is granted. It is further ORDERED that the hearing on the Petition on Probation (ECF No. 93 ) scheduled for 1:30 p.m. November 12, 2020 is continued to 3:30 p.m. December 3, 2020. It is so ORDERED. Signed by District Judge Robert E. Payne on 11/09/2020. Copy sent to SUSPO Charles E. Moore electronically. (walk, ) (Entered: 11/09/2020) |
| 11/09/2020 | 111 | MOTION for Necessary Transportation and Expenses by Michael E. Gordon. (Attachments: # 1 Proposed Order)(Vidal, Nia) (Entered: 11/09/2020) |
| 11/10/2020 | | Reset Hearing as to Michael E. Gordon: Probation Violation Hearing set for 12/3/2020 at 03:30 PM in Richmond Courtroom 7400 before District Judge Robert E. Payne. (nbrow) (Entered: 11/10/2020) |
| 11/10/2020 | 112 | ORDER as to Michael E. Gordon GRANTING 111 MOTION for Necessary Transportation and Expenses . IT IS HEREBY ORDERED that the United States Marshal Service, pursuant to 18 U.S.C. § 4285, pay for the necessary transportation costs for |

| | | |
|---|---|---|
| | | Michael E. Gordon to travel unaccompanied, from Jacksonville, Florida to Richmond, Virginia, on December 3, 2020, so he may attend the violation hearing scheduled for December 3, 2020, at 3:30 p.m. Signed by District Judge Robert E. Payne on 11/10/2020. Copy sent to USM. (tjoh, ) (Entered: 11/10/2020) |
| 12/01/2020 | 113 | ORDER as to Michael E. Gordon. It is hereby ORDERED that: 1) **the supervised release hearing set for December 3, 2020 at 3:30 PM is cancelled;** and 2) an appropriate order of transfer will be issued. It is so ORDERED. Signed by Senior United States District Judge Robert E. Payne on 12/1/2020. (sbea,) (Entered: 12/01/2020) |
| 12/01/2020 | 114 | Letter from the Clerk sent to the Middle District of Florida - Jacksonville. (Attachment: # 1 PROB 22 Transfer of Jurisdiction). (sbea,) (Entered: 12/01/2020) |
| 12/01/2020 | | Terminate Hearing as to Michael E. Gordon: Probation Violation hearing set for 12/03/2020 at 3:30 p.m. canceled; supervision transferred. (nbrow) (Entered: 12/01/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 12/07/2020 15:42:34 | | | |
| **PACER Login:** | KerriHatfikerri:6276923:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 3:17-cr-00142-REP |
| **Billable Pages:** | 10 | **Cost:** | 1.00 |
| **Exempt flag:** | Exempt | **Exempt reason:** | Always |

**PACER fee: Exempt**